**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KENNY D. COMBS | CIVIL ACTION NO. 08-cv-0028 |
| VERSUS | JUDGE HICKS |
| U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the complaint is **dismissed without prejudice** for failure to make timely service and failure to prosecute.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 17th day April, 2009.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE